

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*      *Main: (856) 757-5105*
*P.O. Box 2098*                     *Direct: (856) 757-5031*
*Camden, NJ 08101*                  *sarina.kaplan@usdoj.gov*

July 21, 2026

**By ECF**
Honorable Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re: ***Akkoc v. National Benefits Center, et. al.*, No. 26-cv-5577**
> **Consent Request for 60-day Extension of Answer Date to Allow**
> **for Adjudication**

Dear Judge Wigenton:

This Office represents Federal Defendants in this mandamus action brought by Yilmaz Akkoc ("Plaintiff"), a noncitizen seeking adjudication of his application to become a lawful permanent resident by U.S. Citizenship and Immigration Services ("USCIS"). See ECF No. 1 ("Compl."). Federal Defendants' Answer to the Complaint is currently due on August 3, 2026. With Plaintiff's consent, Federal Defendants respectfully requests that the Court extend that answer deadline to October 3, 2026.

Federal Defendants respectfully submit that there is good cause for this consent request. Since the filing of the Complaint, Plaintiff has been scheduled for a hearing in a criminal matter, scheduled for August 16, 2026. USCIS is awaiting the outcome of that hearing to adjudicate Plaintiff's application. In light of this development, Plaintiff's counsel has agreed to await the outcome of the hearing and resulting adjudication to determine whether any claims remain ripe for review.

Accordingly, Federal Defendants respectfully request that the Court extend the answer deadline, or otherwise stay this matter, until October 3, 2026. If the Court finds this request appropriate, Federal Defendants further respectfully asks that the Court "so order" this letter and direct the Clerk of Court to docket it.

2

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   / s / *Sarina Kaplan*
      SARINA KAPLAN
      Assistant United States Attorney

cc:   all counsel (by ECF)

---

**SO ORDERED.**

s/ *Susan D. Wigenton*_____
**HON. SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**
Dated:  July 22, 2026

2