**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YILMAZ AKKOC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BENEFITS CENTER, *et al.*,<br><br>Defendants. | Hon. Susan D. Wigenton, U.S.D.J.<br><br>Civil Action No. 26-05577 (SDW)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Federal Defendants, that this action shall be and hereby is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs, attorneys' fees, expenses, or disbursements to any party.

YILMAZ AKKOC

By: *s/ Beyza Candelen*
BEYZA CANDELEN
*Attorney for Plaintiff*

Dated: September 29, 2026

ROBERT FRAZER
United States Attorney

By: *s/ Carlos F. Ugalde Alvarez*
CARLOS F. UGALDE ALVAREZ
Assistant United States Attorney
*Attorneys for Federal Defendants*

Dated: September 15, 2026

SO ORDERED:

Hon. Susan D. Wigenton
United States District Judge

Dated: September 30th, 2026